UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14839
  THADDEUS WOJCIK
  SHIRLEY DAVIDSON                              CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
  SSN XXX-XX-2709      SSN XXX-XX-4241

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 08/16/07 .

     2.   The case was dismissed without confirmation, 05/16/2008.

     3.   The Debtor paid a total of $  12019.52 .


--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CCO MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CCO MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| BENEFICIAL | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| BENEFICIAL | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| USA ONE NATIONAL CU | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| GREGORY J MARTUCCI | ORIGINAL ATTO | 1500.00 | .00 | 1500.00 |
| GREGORY J MARTUCCI | REIMBURSEMENT | 78.00 | .00 | 78.00 |

          Summary of disbursements:
--------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 1578.00 | .00 | .00 | 1578.00 |
| PRINCIPAL PAID | .00 | 1578.00 | .00 | .00 | 1578.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 1578.00 | .00 | .00 | 1578.00 |

The Debtor's attorney, PRO SE DEBTOR              , was allowed $       .00
and was paid $      .00 .

The Trustee received $      97.16 .

Refunds to the Debtor totaled $  10344.36 .


     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



  Dated:  08/20/08                    /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO.  07 B 14839 THADDEUS WOJCIK & SHIRLEY DAVIDSON